IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JESSIE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv38-MHT |
| | ) | (WO) |
| SERGIO JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff, who is pro se, filed this lawsuit claiming that defendant engaged in ex parte communications and violated due process. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and provide the court with a proper mailing address. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2026.

                                 /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE