IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JESSIE ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:26cv38-MHT |
| ) | (WO) |
| SERGIO JIMENEZ, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 14) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and provide the court with a proper mailing address.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of March, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

2